DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BENTLEY MOTORS, INC.,**
Appellant,

v.

**GLENNA G. BEQUER,**
Appellee.

No. 4D2023-0788

[January 18, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Hon. Gregory M. Keyser, Judge; L.T. Case No. 502022CA000528.

Brendan P. Smith of Bromagen Rathet Klee & Smith, P.A., Fort Lauderdale, for appellant.

Patrick S. Cousins of Cousins Law, APA, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***